# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MidFirst Bank** | Case No. 1:07-cv-3278 |
| Plaintiff, | Judge Solomon Oliver, Jr |
| vs. | **JUDGMENT** |
| Richard Brezovar, et al. | |
| Defendants. | |

UNITED STATES DISTRICT JUDGE SOLOMON OLIVER, JR

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: 1/28/2008

/s/SOLOMON OLIVER, JR.
Judge Solomon Oliver, Jr
UNITED STATES DISTRICT JUDGE